UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JAMES KLOPF,                    CASE NO. 1:07-cv-02246 (RCL)

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

_____/

**AFFIDAVIT OF MICHAEL JAMES KLOPF, PLAINTIFF,
PROVING SERVICE OF SUMMONS AND COMPLAINT
PURSUANT TO FED.R.CIV.P. 4(l)(1)**

    I **SOLEMNLY SWEAR**, under penalty of perjury (pursuant to 28 U.S.C. § 1746), that the following parties were **served** with the **SUMMONS** and **COMPLAINT** of Plaintiff:

| | |
|---|---|
| Harley G. Lappin, Director<br>Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534 | Civil-Process Clerk<br>U.S. Attorney's Office<br>District of Columbia<br>501 3rd Street, N.W.<br>Washington, D.C. 20001 |
| Michael Mukasey<br>U.S. Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 | |

RECEIVED
DEC 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Service was perfected by sending the original signed and sealed **SUMMONS** of this Court along with a true and correct copy of the **COMPLAINT** of Plaintiff to each party by certified mail pursuant to Fed.R.Civ.P. 4(i)(1)(A)(ii), (B), (C) and (2) (See attachments) on this **20th** day of **December, 2007,** by depositing

in the institutional legal mailbox at the Federal Correctional Institution in Loretto, Pennsylvania.  First Class postage, the certified fee, and the return receipt fee have been prepaid.

*Michael James Klopf*
MICHAEL JAMES KLOPF, pro se
Register No. 26218-004
Federal Correctional Institution
P.O. Box 1000
Loretto  PA  15940

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Harley G. Lappin, Director<br>Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0004 8878 5552 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.99 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.79 |

Postmark Here

Sent To: H. Lappin, Director, F.B.O.P.
Street, Apt. No.; or PO Box No. 320 First Street, N.W.
City, State, ZIP+4 Washington, D.C. 20534

PS Form 3800, August 2006    See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Civil-Process Clerk**<br>**U.S. Attorney's Office**<br>**District of Columbia**<br>**501 3rd Street, N.W.**<br>**Washington, D.C.  20001** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0004 8878 5545 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | 1.99 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.79 |

Postmark Here

Sent To: Civil-Process Clerk, U.S. Atty.
Street, Apt. No.; or PO Box No.: 501 3rd Street, N.W.
City, State, ZIP+4: Washington, D.C.  20001

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Michael Mukasey<br>U.S. Attorney General<br>Department of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington, D.C.  20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0004 8878 9611 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | 1.99 | |
|---|---|---|---|
| Certified Fee | | 2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | | |
| Total Postage & Fees | $ | 6.79 | |

Sent To  U.S. Attorney General
Street, Apt. No.;
or PO Box No.  950 Pennsylvania Ave. N.W.
City, State, ZIP+4  Washington, D.C.  20530