UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JAMES KLOPF,           CIVIL ACTION NO. 07-2246-RCL

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

_____/

### NOTICE OF CHANGE OF ADDRESS

The Plaintiff, MICHAEL JAMES KLOPF, pro se, hereby notifies this Honorable Court of his recent change of address. Plaintiff's new address is:

> MICHAEL JAMES KLOPF
> Register No. 26218-004
> Federal Medical Center
> P.O. Box 14500
> Lexington KY 40512

All correspondence should be sent to Plaintiff at this new address.

Respectfully submitted,

*/s/ Michael James Klopf*
MICHAEL JAMES KLOPF, pro se
Register No. 26218-004
Federal Medical Center
P.O. Box 14500
Lexington KY 40512

RECEIVED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was **mailed** to the attorney for the Defendant: JEFFREY A. TAYLOR, U.S. Attorney for the District of Columbia, 555 Fourth Street, N.W., Washington, D.C., 20530, on this 17th day of JANUARY, 2008, by depositing in the institutional mailbox at the Federal Medical Center in Lexington, Kentucky.

_____
MICHAEL JAMES KLOPF, pro se