MICHAEL JAMES KLOPF
Register No. 26218-004
Federal Medical Center
P.O. Box 14500
Lexington KY 40512


February 28th, 2008


Office of the Clerk
U.S. District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE:  **CASE NO. 1:07-cv-02246(RCL)**

Office of the Clerk:

I have recently filed: **AFFIDAVIT OF MICHAEL JAMES KLOPF, PLAINTIFF, PROVING SERVICE OF SUMMONS AND COMPLAINT PURSUANT TO FED.R.CIV.P. 4(1)(1)**. Although the rule for Serving the United States and Its Agencies, etc., via registered or certified mail does **not** include a return receipt provision (See Fed.R.Civ.P. 4(i)(1)(A)(ii), (B), (C) and (2)), I have employed this option nonetheless.

Enclosed are copies of the certified mail return receipts verifying the precise dates of service of the summons and complaint in this case.  The Federal Bureau of Prisons was served on 12-26-07. The U.S. Attorney for the Districe of Columbia **and** the Attorney General of the U.S. were served on 1-02-08.

Because of my ongoing incarceration, I am unable to call your office to ascertain the acceptability of my service of process. I therefore request you to acknowledge receipt of these documents and inform me of the exact date that the defendant's answer to my complaint is due.

Thank you for your helpful attention to this matter.

Sincerely,

*Michael James Klopf*

MICHAEL JAMES KLOPF, pro se

**RECEIVED**

MAR 3 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil-Process Clerk
   U.S. Attorney's Office
   District of Columbia
   501 3rd Street, N.W.
   Washington, D.C.  20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   JAN 0 2 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0004 8878 5545

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Mukasey
   U.S. Attorney General
   Department of Justice
   950 Pennsylvania Ave. N.W.
   Washington, D.C.  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   JAN 0 2 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0004 8878 9611

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Harley G. Lappin, Director
   Federal Bureau of Prisons
   320 First Street, N.W.
   Washington, D.C.  20534

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   12/26/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0004 8878 5552

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



