UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JAMES KLOPF,            CIVIL ACTION NO. 07-2246(RCL)

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

_____/

## PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT

The Plaintiff, MICHAEL JAMES KLOPF, <u>pro se</u>, hereby requests the Clerk of the Court for entry of default for the Defendant's failure to plead or otherwise defend against the complaint of the Plaintiff. This request is made pursuant to Fed.R.Civ.P. 55(a). In support thereof, the Plaintiff states the following grounds and facts:

1. Plaintiff's complaint against the Defendant was filed on December 13th, 2007, and subsequently entered on December 14th, 2007 (<u>See</u> Docket Entry #1).

2. Defendant was served with summons and complaint on December 26th, 2007, with answer due on February 25th, 2008 (<u>See</u> Docket Entry #4).

3. Attorney General was served with summons and complaint (pursuant to Fed.R.Civ.P. 4(i)(1)(B)) on January 2nd, 2008.

**RECEIVED**

MAY 1 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. U.S. Attorney for the District of Columbia was served with summons and complaint (pursuant to Fed.R.Civ.P. 4(i)(1)(A)(ii) and (2)) on January 2nd, 2008, with answer due on March 3rd, 2008 (See Docket Entry #5).

5. As of today's date, April 29th, 2008, no answer has been filed by the Defendant or its counsel (U.S. Attorney for the District of Columbia).

6. The Defendant has therefore failed to plead or otherwise defend against the complaint of the Plaintiff.

**WHEREFORE**, the Plaintiff requests the Clerk of the Court for a prompt entry of default against the Defendant under Fed.R.Civ.P. 55(a).

I declare under penalty of perjury (pursuant to 28 U.S.C. § 1746) that the foregoing is true and correct.

Executed on this **29th** day of **April, 2008**.

Respectfully submitted,

*/s/ Michael James Klopf*
MICHAEL JAMES KLOPF, pro se
Register No. 26218-004
Federal Medical Center
P.O. Box 14500
Lexington  KY  40512

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT was **mailed** to counsel for the Defendant: The U.S. Attorney for the District of Columbia, 501 3rd Street, N.W., Washington, D.C., 20001, on this **29th** day of **April, 2008**, by depositing in the institutional legal mailbox at the Federal Medical Center in Lexington, Kentucky.

*Michael James Klopf*
MICHAEL JAMES KLOPF, pro se