Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL JAMES KLOPF

    Plaintiff(s)

v.

Civil Action No. 07-2246 (RCL)

FEDERAL BUREAU OF PRISONS

    Defendant(s)

RE: FEDERAL BUREAU OF PRISONS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on December 26, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 12TH day of June, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____T. Gumiel_____
       Deputy Clerk