UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL JAMES KLOPF,** | ) | |
| | ) | |
| Plaintiff *pro se*, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-2246 (RCL) |
| | ) | |
| **FEDERAL BUREAU OF PRISONS,** | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT AND FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff argues that Defendant's motion to set aside the entry of default in this case should not be granted because, even if the United States Attorney for the District of Columbia ("U.S. Attorney") was not served,[1] Defendant Federal Bureau of Prisons ("BOP") had notice of the lawsuit and should have consulted with the U.S. Attorney. *See* Plaintiff's Opposition ¶¶ 17-19. This argument is without merit, because it is contrary to both the Federal Rules of Civil Procedure and established case law.

Service of process upon the United States **must be** effected by:

> deliver[ing] a copy of the summons and of the complaint to the United States attorney for the district where the action is brought – or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk – or [by] send[ing] a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

Fed. R. Civ. P. (4)(i)(1)(A) (emphasis added). It is Plaintiff, not the BOP, that has the burden of

---

[1] At one point in his Opposition, Plaintiff appears to question the electronic signature on the Declaration of Ms. Cynthia Parker. *See* Opposition ¶ 18. In response to Plaintiff's comment about Ms. Parker's signature, Defendant has filed herewith a copy of the signed Declaration of Ms. Parker. *See* Defendant's Exhibit A.

establishing the validity of the service of process in this case. *See Light v. Wolf*, 816 F.2d 746, 751 (D.C. Cir. 1987). The fact that BOP had notice of the lawsuit is irrelevant to the determination as to whether the United States was properly served, because simply being on notice of a lawsuit "cannot cure an otherwise defective service." *Whitehead v. CBS/Viacom, Inc.*, 221 F.R.D. 1, 3 (D.D.C. 2004) (rejecting the plaintiff's argument that the defendant was otherwise on notice of the lawsuit). Accordingly, Plaintiff has failed to carry his burden to demonstrate that he properly served the United States, and Defendant's motion to set aside the entry of default in this matter should be granted.

## Conclusion

For the foregoing reasons, Defendant respectfully moves the Court to grant its motion to set aside the entry of default entered in this case on June 12, 2008, and grant Defendant an enlargement of time until July 31, 2008, to file its response to Plaintiff's complaint.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Defendant's Reply to Plaintiff's Opposition to Defendant's Motion To Set Aside Entry of Default and for Enlargement of Time to File Response to Plaintiff's Complaint was mailed, postage pre-paid, to Michael James Klopf, Plaintiff *pro se*, on this 22th day of July, 2008, to the following address:

Michael James Klopf
R26218-004
Lexington Federal Medical Center
Inmate Mail/Parcels
P.O. Box 14500
Lexington, Kentucky 40512

                                              /s/
                                   JUDITH A. KIDWELL
                                   ASSISTANT U.S. ATTORNEY

**DEFENDANT'S EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JAMES KLOPF,<br><br>Plaintiff *pro se*,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 07-2246 (RCL)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF CYNTHIA R. PARKER

I, Cynthia R. Parker, do hereby depose and state that:

1. I am a Paralegal Specialist in the Civil Division of the United States Attorney's Office for the District of Columbia ("U.S. Attorney's Office"). I have held this position since September, 1999.

2. I am authorized to receive service of process in civil cases for the U.S. Attorney's Office. The procedure used in this office for recording receipt of process is for the civil process clerk to stamp the summons with a date stamp upon receipt and to record the name of the case and the civil action number in the Civil Division's "Summons and Complaint Service Book."

3. A review of the file in the above-referenced case indicates that Plaintiff filed his complaint on December 13, 2007. I have reviewed the Summons and Complaint Book from that date through today's date to ascertain whether the summons and complaint in this case have been served on this office. I have determined from my review that there is no entry in the Summons and Complaint Book indicating

service on this office for this case at any time from December 13, 2007, through today's date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of June, 2008.

_____
CYNTHIA R. PARKER