UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JAMES KLOPF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil Action No. 07-2246 (RCL) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, Federal Bureau of Prisons ("BOP"), by and through undersigned counsel, hereby respectfully requests an enlargement of time of ten business days after the date of the Court's ruling on Defendant's motion to set aside the entry of default in this case within which to file any necessary answer or other response to Plaintiff's complaint. Because Plaintiff is a *pro se* prisoner, Defendant has not obtained his position on this matter. *See* LCvR 7(m).

There is good cause for this motion. This is an action brought by a *pro se* prisoner challenging a decision concerning Plaintiff's medical care by the BOP as unconstitutional under the Eighth Amendment to the U.S. Constitution. Plaintiff seeks injunctive and declaratory relief, and his costs.

On June 13, 2008, Defendant filed a motion to set aside an entry of default that had been entered on June 12, 2008, on the basis that Plaintiff had failed to serve the U.S. Attorney's Office. In that motion, Defendant requested an enlargement of time until July 31, 2008, to respond to Plaintiff's complaint. Plaintiff did not file his opposition to Defendant's motion until July 16, 2008, and Defendant filed its reply on July 22, 2008. As of this date, the Court has not

yet ruled on Defendant's motion to set aside the entry of default. Thus, Defendant is seeking an enlargement of time of ten days after the date of the Court's ruling on said motion to file any necessary answer or other response.

For the foregoing reasons, Defendant requests that this motion for an enlargement of time be granted.

        Respectfully submitted,

        /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Enlargement of Time and proposed Order were mailed, postage pre-paid, to Michael James Klopf, Plaintiff *pro se*, on this 31st day of July, 2008, to the following address:

Michael James Klopf
R26218-004
Lexington Federal Medical Center
Inmate Mail/Parcels
P.O. Box 14500
Lexington, Kentucky 40512

/s/
JUDITH A. KIDWELL
ASSISTANT U.S. ATTORNEY

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL JAMES KLOPF,** | ) | |
| | ) | |
| Plaintiff *pro se*, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-2246 (RCL) |
| | ) | |
| **FEDERAL BUREAU OF PRISONS,** | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

UPON CONSIDERATION OF Defendant's motion for enlargement of time to file answer or other response to Plaintiff's complaint, any opposition thereto, and the entire record, it is this _____ day of _____, 2008,

ORDERED, that Defendant's motion for an enlargement of time is GRANTED; and it is

FURTHER ORDERED, that Defendant shall have ten business days after the date of the Court's ruling on Defendant's motion to set aside entry of default to file any necessary answer or other response to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel by ECF

Michael James Klopf
R26218-004
Lexington Federal Medical Center
Inmate Mail/Parcels
P.O. Box 14500
Lexington, Kentucky 40512