UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JAMES KLOPF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2246 (RCL) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | FILED |
| Defendant. ) | AUG - 4 2008 |
| | Clerk, U.S. District and Bankruptcy Courts |

**ORDER**

On consideration of Defendant's Motion to Set Aside Entry of Default and for Enlargement of Time to File Response to Plaintiff's Complaint and plaintiff's opposition thereto, it is hereby

ORDERED that Defendant's Motion to Set Aside Entry of Default [Dkt. #8] is GRANTED. The Clerk's entry of default as to the Federal Bureau of Prisons [Dkt. #6] is VACATED. It is further

ORDERED that Defendant's Motion for Enlargement of Time to File Response to Plaintiff's Complaint [Dkt. #8] is GRANTED. Defendant shall file its Answer or other response to the Complaint not later than **August 1, 2008**, *nunc pro tunc*.

SO ORDERED.

_____
ROYCE C. LAMBERTH
United States District Judge

DATE: 8/4/08