# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JAMES KLOPF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-2246 (RCL) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

It is hereby

ORDERED that the Court's August 4, 2008 Order [Dkt. #12] is VACATED IN PART. It is further

ORDERED that Defendant's Motion for Enlargement of Time to File Response to Plaintiff's Complaint [Dkt. #11] is GRANTED *nunc pro tunc*. Defendant shall file its Answer or other response to the Complaint within 10 days of entry of this Order.

SO ORDERED.

/s/
ROYCE C. LAMBERTH
United States District Judge

DATE: August 11, 2008