UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JAMES KLOPF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-2246 (RCL) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant moves to transfer this action to the United States District Court for the Eastern District of Kentucky. The Court hereby advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Plaintiff is advised that the Court will rule on defendant's motion taking into consideration the facts proffered in the complaint, along with plaintiff's response or opposition to the motion. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b). Additionally, the plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire....

Fed. R. Civ. P. 6(d). The Court may treat as conceded any motion not opposed within the time limits outlined here or, alternatively, may consider on the merits any motion not opposed within the time limits.

Accordingly, it is hereby

ORDERED that, on or before **September 22, 2008**, plaintiff shall file his opposition or other response to defendant's motion. If plaintiff fails to respond timely, the Court may grant the motion as conceded, and summarily may transfer this action to the United States District Court for the Eastern District of Kentucky.

SO ORDERED.

                                                                                   /s/
                                         ROYCE C. LAMBERTH
                                         United States District Judge

DATE: August 20, 2008